From: "Laura B Fitzgerald" <Laura_B_Fitzgerald@Progressive.com>
Sent: Monday, October 22, 2018 11:25 AM
To: Karen Clancy; Karen Clancy
Subject: [IE] FW: [EXTERNAL] Reply By: 10/22/2018 Unemployment Claim on JUSTIN D MOHN, ###-##-4590 Inhouse: PY70 Loc: 1564 COLO SPGS VOYAGER PKWY

Hi Karen,

Here's Justin's info☐

Thanks

**From:** Karen Clancy [mailto:UcmRfiResponse@equifax.com]
**Sent:** Thursday, October 18, 2018 10:47 AM
**To:** Centralized HR Team <CentralizedHR@Progressive.com>
**Subject:** [EXTERNAL] Reply By: 10/22/2018 Unemployment Claim on JUSTIN D MOHN, ###-##-4590 Inhouse: PY70 Loc: 1564 COLO SPGS VOYAGER PKWY



SSN: ####-##-4590

**To:**
**PROGRESSIVE CASUALTY INSURANCE COMPANY**
**HR Manager**

Separation information needed by 10/22/2018, 12:00 PM (CT) to meet the state enforced deadline.
We have received an unemployment document for the individual listed below, and request the following information.

| Claimant: JUSTIN D MOHN | SSN: ####-##-4590 | Claim State: CO |
|---|---|---|

**Claimant statement:** No Statement
**Claimant Last Date Worked: 8/17/2018**
**Separation Information on file: Involuntary- Improper conduct.**

IMPORTANT COMPLIANCE UPDATE: Due to Unemployment Regulation changes, the last day of work is now required for EVERY case. Please ensure you are providing the claimant's last day of physical work with each response. Thanks for your help - Karen

**Possible penalties may be associated with this claim:**

# EXHIBIT A

Failure to provide complete and timely separation details may result in a loss of rights.

**Please enter or verify the employment dates noted below:**

First Day Worked? 10/24/2016

Please provide the last date the claimant reported to work for your company. 8/16/2017

Effective date of separation if different than last day worked?   8/24/17

**The following employment data is necessary to process this claim:**

Job Title? Service Consultant Assoc

**The following details will assist us in offering a response to this claim:**

What was the date of the final incident?   8/5/2017

Provide details of what happened during the final incident, where the incident occurred, if there were any witnesses and if they provided an explanation/admission.

The employment of Mr. Mohn was ended because of his refusal to comply with Progressive's code of conduct which includes, but is not limited to, Mr. Mohn kicking open our facility doors.

Please explain the final incident, including specific details of what and where this occurred, how his/her actions were discovered and did the incident occur during normal work hours?
Explained above.

Does your company have a policy relating to this situation? If so, what is the policy? If not, how did he/she know his/her behavior was inappropriate?
Yes, Mr. Mohn violated the following Progressive Code of Conduct policies (attached):
Making the right choice
Harassment free work environment
Health & Safety
We have a responsibility to our fellow employees.

Did he/she violate your company policy?
Yes

Was he/she aware of your policy?
Yes, acknowledgement attached

How was he/she made aware of your policy? Written, Verbal or Both?
Both

List any prior warnings and incidents, including the type of warning and whether it was signed.

> N/A ... Progressive is not obligated to issue warnings for Code of Conduct terminations.
>
> **Did he/she admit to the infractions either verbally or in writing? Was any explanation given for the incident?**
> On 8/16/18 during a conference call, Mr. Mohn said "I believe that I have done that [meaning kick the door] but not with the intention to destroy or damage."
>
> **Name of the person who discharged him/her?**
> Tamara Marchese
>
> **Title of person who discharged him/her?**
> CRM Manager

**Please use this additional space as needed for a thorough response:**

**If he/she received the following pay upon separation, it may be disqualifying:**

|  | Amount per Period | Frequency | Date Issued | Hours of Pay | Allocation Begin Date | Allocation End Date |
|---|---|---|---|---|---|---|
| Vacation Pay |  |  |  |  |  |  |
| Wages in Lieu of Notice |  |  |  |  |  |  |
| Severance Pay |  |  |  |  |  |  |
| Worker's Compensation |  |  |  |  |  |  |
| Sick Pay |  |  |  |  |  |  |
| Back Pay |  |  |  |  |  |  |
| Holiday Pay |  |  |  |  |  |  |
| Salary Continuation |  |  |  |  |  |  |
| Pension/Retirement |  |  |  |  |  |  |
| Bonus Pay |  |  |  |  |  |  |

If he/she is receiving pension/retirement, did he/she contribute to the pension?

If he/she contributed to pension/retirement, what was the percentage of his/her contributions?

Name of person completing form: Laura Fitzgerald     Date: 10/18/18

Title of person completing form: HR Consultant

**From:**
Karen Clancy
Ph: (516) 750-7080
Fax: (866) 332-4693
Email: karen.clancy@equifax.com

Location: 1564              UCM:                        Work State: CO
Client Location: 1564       BYB: 10/7/2018              Employee No:
Inhouse: PY7003T                                        **Call Reference: 71433394**