| | |
|---|---|
| Message | |
| **From**: | Justin D Mohn [Justin D Mohn] |
| **Sent**: | 1/31/2017 4:54:37 PM |
| **To**: | Gregory M Lofthus [Gregory_Lofthus@Progressive.com] |
| **Subject**: | Takeaways from meeting |
| **Attachments**: | image002.gif; image004.jpg |
| **Flag**: | Follow up |

Hey Greg,

Here are a few points I took away from our meeting today:

- Always code offers before I hang up!
- I should say the effective date of any changes made in the beginning of the recap
- It may not be a bad idea to probe as to why someone may want to do something such as remove EFT to see if there are other ways to assist them
- I need to focus on my HHV consistency and PHA take rate

Thank you for your time,

Justin

**From:** Gregory M Lofthus
**Sent:** Tuesday, January 31, 2017 4:14 PM
**To:** Justin D Mohn <JUSTIN_D_MOHN@progressive.com>
**Cc:** Catherine M Bower <CATHERINE_M_BOWER@progressive.com>
**Subject:** 1/22 - Take Rate Report - Justin

**Here is your take rate results for last week.  Please let me know if you have any questions/concerns. Thanks!**

| Employee | Year | Week | Eligible Offers | Offers Coded | Takes | Eligible Offers | Offers Coded | Takes | Eligible Offers | Offers Coded | Takes | Take Rate | Additional Takes Needed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mohn, Justin D. | 2017 | 4 | 10 | 5 | 0 | 15 | 12 | 0 | 1 | 0 | 0 | 0.0% | 2 |

**Previous week's results:**

| Employee | Year | Week | Eligible Offers | Offers Coded | Takes | Eligible Offers | Offers Coded | Takes | Eligible Offers | Offers Coded | Takes | Take Rate | Additional Takes Needed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mohn, Justin D. | 2017 | 3 | 12 | 5 | 1 | 26 | 20 | 0 | 0 | 0 | 0 | 2.6% | 1 |

Greg Lofthus
Coach/Direct/Blended



Progressive 0000857