Message

From: Justin D Mohn [Justin D Mohn]
Sent: 2/10/2017 8:32:31 AM
To: Gregory M Lofthus [Gregory_Lofthus@Progressive.com]
Subject: RE: Feedback from meeting yesterday
Attachments: image002.gif; image003.jpg

Hey Greg,

Below are a couple takeaways from our meeting yesterday:
- Always educate about fees
- I need to get my HHV back to how it was in the first weeks of January before I can graduate

Sorry I thought I sent this yesterday afternoon!

From: Gregory M Lofthus
Sent: Thursday, February 09, 2017 3:57 PM
To: Justin D Mohn <JUSTIN_D_MOHN@progressive.com>
Subject: RE: Feedback

You're that guy now. Here are the rest!

Call #8 – [Redacted] – UW Inquiry

Call Recap: The insured recently added a vehicle and wanted to see if having Lojack and Gap coverage would provide any kind of discount on the policy.

\*\* Good verification procedures for the insured.
\*\* Confirmed the insured wanted to see if she would get discounts for having Lojack and Gap coverage on her vehicle or not.
\*\* Advised the insured that you would confirm if those discounts apply in her state for her.
\*\* The insured confirmed this was for the 16' Ford Explorer listed on the policy.
\*\* Nice review of the state specifics for Texas, you confirmed that there wasn't a discount for having Lojack or an anti-theft device on her vehicle.
\*\* Also advised that having Gap coverage elsewhere does not have a discount that could be added to her policy as well.
\*\* The insured didn't have any further questions as that point.
\*\* Good education and guideline usage on this call.


Call #9 – [Redacted] – Cancel/Reinstate Inquiry

Call Recap: The insured wanted to verify his policy's status.

\*\* Good verification procedures for the insured.
\*\* Did confirm for the NI that the policy cancelled for nonpayment as of 1/17/17.
\*\* Explained that the EFT payment on 12/24 came back returned from the bank and a cancel notice was sent with the due date of 1/17.
\*\* The insured wanted to see if he could get his policy active again.
\*\* Did advise that he did have the option to reinstate the policy with a payment of $164.35 and a SONL.

EXHIBIT C   Progressive 0000836

** Don't forget to educate that a $20 return payment fee wasn't included in that amount.
** Good work offering the option to rewrite the policy as well.
** The NI wanted to reinstate the policy in this case.
** Nice job reading the SONL verbatim to the insured, he did confirm there were no losses.
** The insured wanted to make the payment with the card that was on file.
** Good work verifying he was the cardholder and verifying the card number before processing the payment.
** You did not read the payment scripting before processing the payment, make sure not to skip this step.
** In this case the card was declined and it stated that the insured should contact the issuing bank.
** Asked if he had another means he could pay, he stated he did not but would check on why that occurred and get back with us.
** The insured did call back in this case and was able to complete the reinstatement process.


Call #10 – [Redacted] – Policy Inquiry/VOI

Call Recap: The lienholder wanted to verify policy information and ensure they were listed as the lienholder on the vehicle.

** Good verification procedures for the lienholder.
** Confirmed she wanted to verify coverage for the 09' Chrysler 300 and make sure they were listed as the lienholder on that vehicle.
** Did confirm the vehicle was listed on the policy as of the inception date of the policy which was the previous date.
** Also confirmed the vehicle had comp and collision listed on it with a $1000 deductible for each.
** Confirmed there were no lapses for the policy and the renewal date wouldn't be until 8/6/17.
** Nice job also collecting the lienholders name and address so you could add them to the vehicle listed.
** Updated the policy to reflect Team One CU as the lienholder on the 09' Chrysler 300 for her.  Good work.
** You don't have to recap any billing info, but make sure to advise that paperwork will be sent to them confirming they are now listed.



From: Justin D Mohn
Sent: Thursday, February 09, 2017 2:29 PM
To: Gregory M Lofthus <Gregory_Lofthus@Progressive.com>
Subject: RE: Feedback

Not to be that guy but I'm fairly certain we did calls 1-7 a couple days ago and now we're starting at 11.

From: Gregory M Lofthus
Sent: Thursday, February 09, 2017 2:06 PM
To: Justin D Mohn <JUSTIN_D_MOHN@progressive.com>
Subject: Feedback

** Here are your last few calls to review. Please take some time to do so and we will meet at 4:15 pm to review.  Thanks!

Call #11 – [Redacted] – Billing Inquiry

Call Recap: The insured wanted to see what address he needed to set up bill pay through his bank.

** Verified through the automated system.
** Confirmed the insured needed a mailing address for Progressive to send his bills to, he stated he was trying to set up bill pay through his bank.
** Good work utilizing guidelines a locating the Online Bill Pay Service address for the insured.
** Provided the correct address to him, nice job.
** Nice working getting your Ask for Renewal offer in, you advised that you didn't know how long it would take for the bank to set up the bill pay and offered to take the renewal payment for him.
** He wanted to see if the bank could do it on time but would pay online if they were not able to set it up on time.
** Make sure to provide a reminder for the renewal amount due when offering to take the payment.
** In this case he has $144.03 due to renew the policy on 2/12/17.


Call #12 – [Redacted] – UW/Snapshot

Call Recap: The insured was responding to a call out made to him regarding the snapshot device.

** Good verification procedures for the insured.
** Did confirm the NI was responding to a call out made to him, he stated it was about his snapshot device.
** NI stated he mailed back the device to us last week and was wondering why we kept calling him regarding it.
** Good review of the policy, you could see it the device had been received by us as of yet.
** Did offer to call out to the Snapshot team to see if they can verify the device was received or not.
** Placed caller on hold and did contact the Snapshot team for the insured.
** They were able to confirm we just received the device that day actually.
** The insured appreciated that you confirmed it for him but didn't get why we even sent the device, he stated he never requested to sign up for it.
** Good work apologizing for the confusion and confirming there was nothing else you could do for him.
** Nice call overall.


Call #13 – [Redacted] – Reinstatement

Call Recap: The insured wanted to see why her policy cancelled, stated she paid on 1/7 and had a confirmation number for it.

** Good verification procedures for the insured.
** Did confirm the policy cancelled for nonpayment as of 2/7/17 for the insured.
** Also verified that you did see her payment on 1/7 for $188.97 posting to her policy, so that was applied.
** Explained the next day we sent a bill for $162.90 and that was what caused her to cancel.

** She asked if she could get the policy reinstated, good work verifying she could in this case with a payment of $162.90 and with a SONL.
** Make sure to educate that didn't include the $10 late fee.
** Did offer the option of rewriting the policy, but she wanted to just reinstate.
** Good work reading the SONL verbatim to the insured, she did confirm there were no losses in that time frame.
** She wanted to make the payment with her card on file.
** Nice job having her confirm the last four digits and that she was the cardholder upfront.
** Good debit card payment processing procedures overall.
** Did read the reminders on the confirmation page, good work.
** Nice call overall, just don't forget to educate on the $10 late fee.


Call #14 – [Redacted] – Policy Inquiry/Dec Page

Call Recap: The insured recently changed her vehicle to business use but needs documentation for her company that shows it is listed with that specific usage.

** Verified through the automated system.
** Confirmed the insured was looking for documentation that would confirm the 15' Mitsubishi Outlander is listed with business as the primary usage.
** She stated her company is requiring the proof confirming this and a previous rep sent an VOI that did not show it.
** Good work confirming that the vehicle did have business use on it, it was recently changed.
** Did explain that in her case that the Dec Page should have that information listed, which is correct.
** Nice job pulling up the Dec Page that was just printed confirming the business use change.
** Advised you could fax over the Dec Page to them for her, good work collecting the info on where to fax it to.
** Good work faxing over the Dec that did have the primary use for the vehicle showing as Business Use.
** Nice job also advising that she can view this information online as well.  She stated she wasn't aware of that but wasn't at a computer to pull it up.
** Good call overall.


Call #15 – [Redacted] – Policy Inquiry/VOI

Call Recap: The lienholder was calling in to verify coverage information for the vehicle listed.

** Good verification procedures for the lienholder.
** Confirmed she wanted to verify some coverage limits for the 07' GMC Sierra listed on the policy.
** Did verify the vehicle was listed on the policy for the lienholder.
** Also confirm that it did have $500 deductibles for both comp and collision coverage.
** Verified that the effective dates for the policy were from 1/27/17 to 7/27/17 for her as well.
** She asked if she could get a VOI faxed over to her as well.
** Nice job collecting her information and faxing the proof to her.
** Take a second to confirm their address listed, they should be getting proof automatically sent to them since they are listed as the lienholder.
** Good call overall.

Greg Lofthus
Coach/Direct/Blended



Progressive 0000840