| Message | |
|---|---|
| From: | Gregory M Lofthus [Gregory_Lofthus@Progressive.com] |
| Sent: | 2/19/2017 10:53:10 AM |
| To: | Justin D Mohn [JUSTIN_D_MOHN@progressive.com] |
| CC: | Beverly Jo Auld-Feldman [Beverly_J_Auld-Feldman@Progressive.com] |
| Subject: | RE: HHV Tracking Sheet |

I'm fine with this as long as I see your numbers climb.  If I don't then I won't be an option any longer, deal?  Also, I'm a little confused on why you didn't understand graduation expectations.  I was clear on what numbers you needed to meet and show consistency with before you could graduate.  So I'm not sure where you were lost.  Please let me know so I can make sure I am not missing anything.  Thanks.

**From:** Justin D Mohn
**Sent:** Friday, February 17, 2017 8:16 AM
**To:** Gregory M Lofthus <Gregory_Lofthus@Progressive.com>
**Cc:** Beverly Jo Auld-Feldman <Beverly_J_Auld-Feldman@Progressive.com>; Catherine M Bower <CATHERINE_M_BOWER@progressive.com>
**Subject:** RE: HHV Tracking Sheet

Hey Greg,

To continue my momentum I started the week with in HHV and take rate, just like yesterday I'm not going to bother using the tracking sheet you had me make for the option of using this Thursday onward.  I appreciate the idea to help me succeed and you giving me the option to use it or not for the possibility of it hindering my work; however, it was the information about graduation expectations from us in academy Beverly provided me last Friday (which Ms. Bower didn't get a chance to due to the leadership change) which drove me to achieve the numbers I did from Saturday onward, which I think you will all be pleased to see when the next report comes out.

Thank you for your time,

Justin Mohn

**From:** Gregory M Lofthus
**Sent:** Tuesday, February 14, 2017 5:01 PM
**To:** Justin D Mohn <JUSTIN_D_MOHN@progressive.com>
**Subject:** RE: HHV Tracking Sheet

Awesome!  Thank you sir!

**From:** Justin D Mohn
**Sent:** Tuesday, February 14, 2017 5:00 PM
**To:** Gregory M Lofthus <Gregory_Lofthus@Progressive.com>
**Subject:** HHV Tracking Sheet

Hey Greg, attached is the excel spreadsheet for tracking, and here is the link to that website I was telling you about to learn to program video games and stuff, you should think about showing it to your kids too:
https://www.codecademy.com/learn

**From:** Gregory M Lofthus
**Sent:** Tuesday, February 14, 2017 2:47 PM
**To:** Justin D Mohn <JUSTIN_D_MOHN@progressive.com>

EXHIBIT D

Progressive 0000559

Cc: Beverly Jo Auld-Feldman <Beverly_J_Auld-Feldman@Progressive.com>
Subject: 2/5 - Take Rate Results - Justin

Here is your take rate results for last week and it shows 3 takes for the week! Excellent work! You did a great job applying yourself these past two weeks, keep up the focus and effort! Please let me know if you have any questions/concerns. Thanks!

| Employee | Year | Week | Eligible Offers | Offers Coded | Takes | Eligible Offers | Offers Coded | Takes | Eligible Offers | Offers Coded | Takes | Take Rate | Additional Takes Needed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mohn, Justin D. | 2017 | 6 | 12 | 7 | 1 | 23 | 13 | 2 | 1 | 0 | 0 | 8.3% | -1 |

Previous week's results:

| Employee | Year | Week | Eligible Offers | Offers Coded | Takes | Eligible Offers | Offers Coded | Takes | Eligible Offers | Offers Coded | Takes | Take Rate | Additional Takes Needed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mohn, Justin D. | 2017 | 5 | 16 | 13 | 1 | 20 | 10 | 0 | 0 | 0 | 0 | 2.8% | 1 |

Greg Lofthus
Coach/Direct/Blended

