| Message | |
|---|---|
| **From**: | Justin D Mohn [Justin D Mohn] |
| **Sent**: | 2/21/2017 4:57:08 PM |
| **To**: | Gregory M Lofthus [Gregory_Lofthus@Progressive.com] |
| **Subject**: | Takeaways from meeting |
| **Attachments**: | image002.gif; image003.jpg |

Hey Greg,

Below are a couple takeaways from our meeting today:
- Maintain consistency in HHV and take rate in order to graduate
- Make every offer even if I think they will say no so that I can still code it

Thank you for your time,

Justin Mohn

---

**From:** Gregory M Lofthus
**Sent:** Tuesday, February 21, 2017 3:57 PM
**To:** Justin D Mohn <JUSTIN_D_MOHN@progressive.com>
**Cc:** Beverly Jo Auld-Feldman <Beverly_J_Auld-Feldman@Progressive.com>
**Subject:** 2/12 - Take Rate Results - Justin

**Here are your take rate results for last week and it shows another 3 takes for the week!  Great job being consistent with your take rate!  Please let me know if you have any questions/concerns. Thanks!** ☺

| Employee | Year | Week | Eligible Offers | Offers Coded | Takes | Eligible Offers | Offers Coded | Takes | Eligible Offers | Offers Coded | Takes | Take Rate | Additional Takes Needed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mohn, Justin D. | 2017 | 7 | 14 | 9 | 0 | 16 | 13 | 3 | 0 | 0 | 0 | 10.0% | -1 |

**Previous week's results:**

| Employee | Year | Week | Eligible Offers | Offers Coded | Takes | Eligible Offers | Offers Coded | Takes | Eligible Offers | Offers Coded | Takes | Take Rate | Additional Takes Needed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mohn, Justin D. | 2017 | 6 | 12 | 7 | 1 | 23 | 13 | 2 | 1 | 0 | 0 | 8.3% | -1 |

Greg Lofthus
Coach/Direct/Blended

EXHIBIT E



Progressive 0000833