| Message | |
|---|---|
| **From**: | Beverly Jo Auld-Feldman [Beverly_J_Auld-Feldman@Progressive.com] |
| **Sent**: | 3/2/2017 1:48:03 PM |
| **To**: | Justin D Mohn [JUSTIN_D_MOHN@progressive.com] |
| **Subject**: | RE: Response requested by March 9th |

Thanks, Justin.  It's great to know that you are feeling confident!

**-Beverly**

---

**From:** Justin D Mohn
**Sent:** Thursday, March 02, 2017 10:13 AM
**To:** Beverly Jo Auld-Feldman <Beverly_J_Auld-Feldman@Progressive.com>
**Subject:** RE: Response requested by March 9th

Good morning, Beverly,

Yes! I am now fully aware of the expectations to graduate Academy and which should be carried on after graduation, so I am 100% confident in fulfilling this role.

Thank you for asking about my thoughts, as I feel communication about such feelings about one's role are important so that incorrect assumptions aren't made.

Justin Mohn

---

**From:** Beverly Jo Auld-Feldman
**Sent:** Thursday, March 02, 2017 8:52 AM
**Subject:** Response requested by March 9th

Good morning,

I wanted to touch base with you to ask you a question- **do you feel in control of your goals and objectives?**

Regardless of whether your answer is "yes" or "no" please indicate why you feel this way.  We'll discuss in person your response so I can have a better understanding of how you feeling in your role.

Thanks in advance for your candid responses.

**Beverly J Auld-Feldman**
West Region
Academy Spvr CRM, Servicing
440.620.7645

**RELATIONSHIPS**.  Lasting for Decades.