Message

| | |
|---|---|
| **From**: | Justin D Mohn [justin_d_mohn@progressive.com] |
| **Sent**: | 6/12/2017 3:57:16 PM |
| **To**: | Justin D Mohn [JUSTIN_D_MOHN@progressive.com]; Rebecca L Coffey [Rebecca_L_Coffey@Progressive.com] |
| **Subject**: | Conversation with Justin D Mohn |

**Justin D Mohn 8:55 AM:**
Can I talk to you about taking a leave of absence? I discussed this with Tamara on Friday because you were out.

**Rebecca L Coffey 9:19 AM:**
Of course! Tamara let me know you talked, I will set a time for us so look for that on your calendar,

**Justin D Mohn 9:46 AM:**
Is it the time you set on Thursday? I actually thought that one was already there

**Rebecca L Coffey 9:46 AM:**
no, that is your self coaching BA call time

**Justin D Mohn 2:00 PM:**
if i request 3 days off all at once, and in request viewer 2 of them fail but 1 passes, do I have to redo the one that passed, or is that one fine?

**Rebecca L Coffey 2:03 PM:**
It failed

**Justin D Mohn 2:04 PM:**
okay thanks

**Rebecca L Coffey 2:05 PM:**
try to put in 1 day at a time, the 3 day will fail again though

**Rebecca L Coffey 2:20 PM:**
yes

**Justin D Mohn 2:29 PM:**
Can I undo one of the days I choose to take off? 6/16 I want to switch to a day next week since it's a 10 hour day.  And if I don't get the LOA can I undo all of the ETB requests?

**Rebecca L Coffey 2:52 PM:**
 assuming all will go well with the ETB days....

**Rebecca L Coffey 2:52 PM:**
first leave day would be 6/26

**Rebecca L Coffey 2:53 PM:**
what day would be requesting for your first day back in the office?

**Justin D Mohn 2:58 PM:**
July 10th would be the Monday which is 2 weeks after the 26th, so it sounds like that would work

**Justin D Mohn 2:59 PM:**
is there a problem with me taking off 6/22? It keeps failing

**Rebecca L Coffey 3:33 PM:**
you have to wait until the training is moved off of it, that was what I just submitted I will let you know once it is moved

**Justin D Mohn 3:34 PM:**
thanks! Paranoia was setting in.

# EXHIBIT G

Progressive 0000621

**Rebecca L Coffey 3:34 PM:**
plus you used 3day etb on some,

**Justin D Mohn 3:35 PM:**
naturally.

**Rebecca L Coffey 3:36 PM:**
plus you broke eschedule planner, it won't come up for me now.... geez!

**Rebecca L Coffey 3:38 PM:**
yes, it was the training, I will let you know when I receive a response

**Rebecca L Coffey 3:39 PM:**
I will put in your request for the first day out of the office 6/26 and first day back to work 7/10\

**Justin D Mohn 3:40 PM:**
All the justins thank you

**Rebecca L Coffey 3:41 PM:**
LOL and so how many of them are there?

**Justin D Mohn 3:45 PM:**
Our secret is harnessing our many personalities... we don't know how many of us there are though, some come and some go

Progressive 0000622