Exhibit 1

**PROGRESSIVE**

PERSONAL & CONFIDENTIAL

June 14, 2017

Justin Mohn
1625 E Woodmen Rd Apt 49
Colorado Springs, CO 80920

Dear Justin:

This letter serves as a follow-up regarding your request for a Personal Leave of Absence.

As we have discussed, you do not qualify for leave pursuant to the Family and Medical Leave Act (FMLA) and/or equivalent state or local law, and you have not provided us with information that would qualify you for any other type of job-protected leave. Accordingly, your only leave option at this time is an unpaid personal leave of absence (you must exhaust your available ETB hours). As explained below, this leave is without job protection.

Based on your request and our current business needs, we are authorizing an unpaid Personal Leave of Absence beginning **June 26, 2017** and ending on **July 10, 2017**. As with all Personal Leaves, your leave is without job protection. This means that we reserve the right to recall you from leave before July 10, 2017 and to fill your position if you are unable to return at that time if our business needs require us to do so. In such an event, while every effort would be made to reinstate you when you are able to return to work, we cannot guarantee that a position will be available to you.

It is important for you to remain in contact with us as your leave proceeds. We will contact you if we need to recall you to work before July 10, 2017.  If you do not hear from us, you should contact me as your leave nears its scheduled completion and if, at any time, you believe that you will not be able to return to work by **July 13, 2017**. In all events, if you do not return to work by **July 13, 2017**, and if we have not approved additional leave time, we will consider you to have resigned voluntarily from Progressive.

Please do not hesitate to contact me at **(440) 620-9181** with any questions or concerns.

Sincerely,

Patricia Harvey
HR Consultant

cc: Rebecca Coffey, Supervisor CRM
    Tamara Marchese, Manager CRM
    Carrie Esterle, Leave Specialist

EXHIBIT H

Ex 1





Justin Mohn <justindmohn@gmail.com>

# Reservation Confirmation
1 message

**Frontier Airlines** <no-reply@flyfrontier.com>  Fri, Jun 16, 2017 at 11:32 PM
Reply-To: Frontier Airlines <no-reply@flyfrontier.com>
To: JUSTINDMOHN@gmail.com



WED, JUN 21, 2017 - MON, JUN 26, 2017             Trip Confirmation Number: V1LWXR

COLORADO SPRINGS, CO (COS)        LAS VEGAS, NV (LAS)

Depart: Wed, Jun 21, 2017

| Flight | Departure | Arrival | Duration |
|---|---|---|---|
| F91089 | 01:05 PM<br>COLORADO SPRINGS, CO (COS) | 02:05 PM<br>LAS VEGAS, NV (LAS) | 2hr 0min<br>Non Stop |

| Passenger Name | Seats | Bags | Special Services |
|---|---|---|---|
| JUSTIN MOHN | | | |

Depart: Mon, Jun 26, 2017

| Flight | Departure | Arrival | Duration |
|---|---|---|---|
| F91090 | 02:19 PM<br>LAS VEGAS, NV (LAS) | 05:15 PM<br>COLORADO SPRINGS, CO (COS) | 1hr 56min<br>Non Stop |

| Passenger Name | Seats | Bags | Special Services |
|---|---|---|---|
| JUSTIN MOHN | | | |

Ex 1

## INVOICE

### SUMMARY

| | |
|---|---|
| Airfare | $146.56 |
| Options | $0.00 |
| Taxes and carrier-imposed fees | $87.40 |

**GRAND TOTAL**     **$233.96**

### OPTIONS

**JUSTIN MOHN**

**TOTAL**     **$233.96**

Payment Date     06/17/2017
Payment Amount     $233.96
XXXXXXXXXXXX7144
Exp. Date 01/19










**THANK YOU FOR FLYING FRONTIER AIRLINES!**

**Tips to assist with your travel planning:**

**Save time at the airport:** _____ within 24 hours of your departure.

**Want more legroom?** We have it! STRETCH seating is now available on all our airplanes.

**Rental Cars:** Choose from Avis or Budget, all from one easy search! Rent a Car.

**Terms and Conditions**

CARRY-ON: Travel from March 4th, 2017 – August 13th, 2017: $35* at initial booking online at _____ up to 24 hours before departure; $40 when purchased via phone or during online check-in; $45 at airport/kiosk check-in; $60 at the gate; complimentary for EarlyReturns Elite members. *Decreases $5 for travel during Value Season periods: 4/25/2017 – 5/24/2017. Travel from August 14th, 2017: $35** at initial booking online at _____; $38 after booking up to 24 hours before check-in; $40 when purchased via phone or during online check-in; $45 at airport/kiosk check-in; $60 at the gate; complimentary for EarlyReturns Elite members. **Decreases $5 for travel during Value Season periods: 9/6/2017 – 10/31/2017.

A Carry-on must not exceed 10" height x 16" width x 24" length and a total weight of 35 pounds. Any customer who arrives at the gate with a carry-on bag that exceeds the allowable dimensions will be charged to gate check the bag.

All passengers, regardless of Fare Option, are permitted to take one personal item not to exceed 18" x 8" x 14" on-board the aircraft with no additional charge.

FIRST CHECKED BAG: Travel from March 4th, 2017 through June 6th 2017:

Ex 1



**Justin Mohn <justindmohn@gmail.com>**

## Expedia travel confirmation - Jun 21 - Itin# 7273583302959
1 message

**Expedia.com** <Expedia@expediamail.com>       Fri, Jun 16, 2017 at 11:32 PM
Reply-To: Expedia@expediamail.com
To: justindmohn@gmail.com

### Expedia

Thank you for booking with Expedia! Ticketing is in progress.

Please review your trip details below. You can also view your itinerary online for the most up-to-date information.

   Access your itinerary anywhere.

## Las Vegas
Jun 21, 2017 - Jun 26, 2017   |   Itinerary # 7273583302959

**Important Information**

- Remember to bring your itinerary and government-issued photo ID for airport check-in and security

**Price Summary**

- Roundtrip Flight
- Hotel
- Rental Car
- Travel Protection - Vacation Waiver

| | |
|---|---|
| Total | $754.03 |
| Subtotal | $714.63 |
| Taxes & Fees | $39.40 |

### Colorado Springs (COS) → Las Vegas (LAS)
Jun 21, 2017 - Jun 26, 2017 , 1 round trip ticket

Your ticket is not yet confirmed. We are confirming it with the airline and will update your online itinerary within 24 hours.

**Traveler Information**

**Additional Flight Services**

- The airline may charge                             for checked baggage or other optional services.

Ex 1

| Justin Mohn Adult | No frequent flyer details provided | Ticketing in progress |
|---|---|---|

* Seat assignments, special meals, frequent flyer point awards and special assistance requests should be confirmed directly with the airline.

**Jun 21, 2017** - Departure Nonstop    Total travel time: 2 h 0 m

FRONTIER
Colorado Springs    Las Vegas    2 h 0 m
COS 1:05pm    LAS 2:05pm
Frontier Airlines 1089
Economy / Coach (T) | Confirm seats with the airline*

**Jun 26, 2017** - Return Nonstop    Total travel time: 1 h 56 m

FRONTIER
Las Vegas    Colorado Springs    1 h 56 m
LAS 2:19pm    COS 5:15pm
Frontier Airlines 1090
Economy / Coach (G) | Confirm seats with the airline*

**Airline Rules & Regulations**

- Fares are not guaranteed until ticketed.
- We understand that sometimes plans change. We do not charge a cancel or change fee. When the airline charges such fees in accordance with its own policies, the cost will be passed on to you.
- Tickets are nonrefundable, nontransferable and name changes are not allowed.
- Please read the                                                     applicable to this fare.
- Once your booking is completed, you may receive two booking confirmations by email, one from Expedia and another from the airline. The airline confirmation code included in the Expedia itinerary will be required for check-in.
- View the complete terms and conditions in the                                   .
- Please read important information regarding                                   .

**Circus Circus Hotel, Casino & Theme Park**
Jun 21, 2017 - Jun 26, 2017 , 1 room | 5 nights

Your reservation is booked. No need to call us to reconfirm this reservation.

**Additional Hotel Services**

The below fees and deposits only apply if they are not included in your selected room rate.

You'll be asked to pay the following

Ex 1



### Check-in

- Check-in time starts at 3:00 PM
- Minimum check-in age is 21
- Your room/unit will be guaranteed for late arrival.

### Important Hotel Information

Although Expedia does not charge a fee to change or cancel your booking, **Circus Circus Hotel, Casino & Theme Park** may still charge a fee in accordance with its own rules & regulations.

- Cancellations or changes made after 3:00PM (Pacific Daylight Time (US & Canada); Tijuana) on Jun 18, 2017 or no-shows are subject to a property fee equal to 100% of the total amount paid for the reservation.
- Prices and hotel availability are not guaranteed until full payment is received. If you would like to book multiple rooms, you must use a different name for each room. Otherwise, the duplicate reservation will be canceled by the hotel.
- View your _____ for additional rules and restrictions.

| | |
|---|---|
| **Room** | **West Tower King** |
| Reserved for | Justin Mohn<br>1 adult |
| Requests | 1 king bed, non-smoking room |

### Hertz
Jun 21, 2017 - Jun 26, 2017, Compact 2 or 4-Door Car

Your reservation is booked and confirmed. No need to call us to reconfirm this reservation.

**Pick up**
2:00pm
Jun 21, 2017

Las Vegas (McCarran Intl.)
Open 24 hours

**Drop off**
2:00pm
Jun 26, 2017

Las Vegas (McCarran Intl.)
Open 24 hours

**Hertz** — Compact 2 or 4-Door Car
Nissan Versa or similar
Includes air conditioning, automatic transmission

charges at the property:
- Resort fee: USD 30.61 per accommodation, per night

The resort fee includes:
- Fitness center access
- Internet access
- Phone calls
- Additional inclusions

We have included all charges provided to us by the property. However, charges can vary, for example, based on length of stay or the room you book.

The following fees and deposits are charged by the property at time of service, check-in, or check-out.

- Fee for buffet breakfast: USD 17.99 for adults and USD 12.99 for children (approximately)
- Valet parking fee: USD 15 per day
- Refrigerator fee: USD 20 per day
- Crib (infant bed) fee: USD 20 per night
- Rollaway bed fee: USD 20.00 per day

The above list may not be comprehensive. Fees and deposits may not include tax and are subject to change.

Confirmation # H33516760C8

### Additional Car Services

Mileage rules: Unlimited mileage

Fuel info: Full to Full

The car is supplied with a full tank of fuel. It should be returned full or refueling charges will be applied at drop-off. Read our _____.

Ex 1

Gmail                                                             Justin Mohn <justindmohn@gmail.com>

## Orbitz travel confirmation - Jun 27 - Itin# 7274502329850

**Orbitz** <support@mailer.orbitz.com>                            Tue, Jun 20, 2017 at 7:47 PM
Reply-To: support@mailer.orbitz.com
To: justindmohn@gmail.com



### Thank you for booking with Orbitz!

Please review your trip details below. You can also view your itinerary online for the most up-to-date information.

 Access your itinerary anywhere.                                                      

## Red Lion Inn & Suites Sacramento Midtown, Sacramento

Jun 27, 2017 - Jun 29, 2017   |   Itinerary # 7274502329850

**Important Information**

- Remember to bring your itinerary and government-issued photo ID for airport check-in and security

**Price Summary**

- Roundtrip Flight
- Hotel
- Rental Car
- Travel Protection - Vacation Waiver

| | |
|---|---:|
| Total | $905.26 |
| Subtotal | $889.08 |
| Taxes & Fees | $16.18 |

### Colorado Springs (COS) → Sacramento (SMF)
Jun 27, 2017 - Jun 29, 2017 , 1 round trip ticket

Your reservation is booked and confirmed. There is no need to call us to reconfirm this reservation.

**Orbitz.com Booking ID  JZY4ON**

**Additional Flight Services**

- The airline may charge _____ for checked baggage or other optional services.

**Traveler Information**

**Justin Mohn**          No frequent flyer details
Adult                    provided

* Seat assignments, special meals, frequent flyer point awards and special assistance requests should be confirmed directly with the airline.

**Jun 27, 2017** - Departure 1 stop         Total travel time: 4 h 20 m

Special Fare

| Colorado Springs | Denver | 0 h 55 m |
| COS 9:35am | DEN 10:30am | |

United 5221 Operated by SUBSIDIARY/FRANCHISE
Economy / Coach (V) | Confirm seats with the airline*

Special Fare

| Denver | Sacramento | 2 h 32 m |
| DEN 11:23am | SMF 12:55pm | |

United 282
Economy / Coach (V) | Confirm seats with the airline*

**Jun 29, 2017** - Return 1 stop         Total travel time: 3 h 55 m

Special Fare

| Sacramento | Denver | 2 h 27 m |
| SMF 3:55pm | DEN 7:22pm | |

United 669
Economy / Coach (V) | Confirm seats with the airline*

Special Fare

| Denver | Colorado Springs | 0 h 45 m |
| DEN 8:05pm | COS 8:50pm | |

United 5582 Operated by SUBSIDIARY/FRANCHISE
Economy / Coach (V) | Confirm seats with the airline*

**Airline Rules & Regulations**

- 
- Tickets are nonrefundable, nontransferable and name changes are not allowed.
- View the complete terms and conditions in the
- Please read important information regarding

### Red Lion Inn & Suites Sacramento Midtown
Jun 27, 2017 - Jun 29, 2017 , 1 room | 2 nights

Your reservation is booked. No need to call us to reconfirm this reservation.

**Additional Hotel Services**

The below fees and deposits only apply if they are not included in your selected room rate.

You'll be asked to pay the following charges at the property:

Ex 1



### Check-in

- Check-in time starts at 3 PM
- Check-in time ends at midnight
- Your room/unit will be guaranteed for late arrival.

### Important Hotel Information

Although Orbitz does not charge a fee to change or cancel your booking, **Red Lion Inn & Suites Sacramento Midtown** may still charge a fee in accordance with its own rules & regulations.

- Cancellations or changes made after 3:00PM (Pacific Daylight Time (US & Canada); Tijuana) on Jun 26, 2017 or no-shows are subject to a property fee equal to the first nights rate plus taxes and fees.
- Prices and hotel availability are not guaranteed until full payment is received. If you would like to book multiple rooms, you must use a different name for each room. Otherwise, the duplicate reservation will be canceled by the hotel.
- View your _____ for additional rules and restrictions.

- Deposit: USD 75.00 - 250.00 per stay

We have included all charges provided to us by the property. However, charges can vary, for example, based on length of stay or the room you book.

The following fees and deposits are charged by the property at time of service, check-in, or check-out.

- Pet fee: USD 15.00 per pet, per night
- A late check-out fee will be charged

The above list may not be comprehensive. Fees and deposits may not include tax and are subject to change.

| | |
|---|---|
| **Room** | **Room, 1 King Bed, Non Smoking** |
| | Includes: Chain Loyalty Rate Free Wireless Internet |
| **Reserved for** | Justin Mohn<br>1 adult |
| **Requests** | 1 king bed, non-smoking room |

**Alamo**
Jun 27, 2017 - Jun 29, 2017, Compact 2 or 4-Door Car

Your reservation is booked and confirmed. No need to call us to reconfirm this reservation.

| Pick up | Drop off |
|---|---|
| 12:00pm | 3:00pm |
| Jun 27, 2017 | Jun 29, 2017 |
| Sacramento (SMF) | Sacramento (SMF) |
| Open 5:45am - Midnight | Open 5:45am - Midnight |

Confirmation #
1027172238COUNT

### Additional Car Services

Mileage rules: Unlimited mileage

Fuel info: Full to Full

The car is supplied with a full tank of fuel. It should be returned full or refueling charges will be applied at drop-off. Read our _____.

Ex 1

9