

# 2

WE HAVE A RESPONSIBILITY TO OUR
FELLOW EMPLOYEES

## TO OUR FELLOW EMPLOYEES
We are united in service to our customers and owners.
We approach our work with open minds and doors,
valuing our differences in thoughts and experiences.
We provide clear objectives, honest evaluations, fair opportunities for development,
fair compensation for our work and accessible leaders.
We safeguard our people's private information as our own and
keep our workplaces safe and free from harassment and unlawful discrimination.
We treat each other with dignity and respect in all circumstances.

## DIVERSITY AND INCLUSION

We, as Progressive employees, hail from the world over and represent a rich
mosaic of lifestyles, experience, and traditions. We are fortunate to have this
diversity, not only for the richness it brings to our work experience but because
it represents the breadth of our society and helps us to respond more intuitively
to our customers with trustworthy service, authentic marketing messages, and
relevant product development.

Our diversity is both our advantage and an opportunity, and for us to fully
understand each other and comfortably work together, we are mutually
committed to the Golden Rule and the spirit of collaboration and inclusion. When
we enter our doors, send out an email, or join a conference call, we at once
respect each other's differences, value alternative ways of thinking, and encourage
the free and open exchange of ideas.

By embracing our uniqueness and always working towards fair and robust
collaboration, we're ideally positioned to capture valuable perspectives, make
strategic advances, meet our customers' needs, and attract top talent.

## EQUAL EMPLOYMENT OPPORTUNITY AND NON-DISCRIMINATION

Progressive is committed to equality of opportunity for all qualified people. We
prohibit discrimination by or against any person on the basis of age, race, religion,
color, sex, disability, national origin, ancestry, citizenship status, marital status,
sexual orientation, gender identity or expression, military or veteran status or
any other factor that is unrelated to Progressive's legitimate business interests.
In addition, we make all appropriate reasonable accommodations to allow any
qualified person with a disability to contribute equally to Progressive's business.

EXHIBIT I

10

Progressive 0000055