# REDACTED

From: Charlie Baughman
Sent: Saturday, July 22, 2017 11:16 AM
To: Justin D Mohn <JUSTIN_D_MOHN@progressive.com>
Subject: RE: Position Application Inquiry

Justin,

Thanks for reaching out.  When I review the minimum requirements of this position, your description below doesn't appear to match what is minimally required.  Therefore, I wouldn't be comfortable allowing you to apply prior to your one-year here at Progressive.

As far as the last line of your 2nd paragraph below, know that me allowing you to apply doesn't mean it's automatic; there is absolutely an interview process for interested employees.

Talk to you later.



From: Justin D Mohn
Sent: Friday, July 21, 2017 11:32 AM
To: Charlie Baughman <Charlie_Baughman@Progressive.com>
Subject: Position Application Inquiry

Good morning, Charlie,

I know in our conversation on June 2nd, you were okay with someone like me applying for open positions which entail writing, communications, etc. due to my writing experience, which may occur before working in my current role for a year. I am also curious, if you feel someone like me with a B.S. in a business field and who taught oneself computer programming, which I implemented briefly to program spreadsheet(s) for the CEO of the first credit union I worked at, would be a good candidate for an entry level IT position such as IT Service Desk Specialist: https://progressive.taleo.net/careersection/1/jobdetail.ftl.

Also, several of my ideas naturally involve computer programming in this day and age, however, I will understand your point of view if you think my skill set is geared towards other roles, and of course, if I were to reach out to you before a year of employment in regards to a role such as this IT one or rather a position with duties along the lines of writing, and you approve of me applying, I would certainly not expect to be handed the role and would still expect a careful vetting/interview process.

Thank you for your time,

EXHIBIT K

Justin Mohn

Progressive 0000579