IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00812-MSK-KMT

JUSTIN MOHN,

    Plaintiff,

v.

PROGRESSIVE INSURANCE,

    Defendant.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a) the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order by Senior Judge Marcia S. Krieger (**Doc. #64**) filed on June 3, 2019, it is

ORDERED that:

Judgment is entered in favor of Defendant Progressive Insurance consistent with (Doc. #64).

ORDERED that costs are awarded to the defendant and against the plaintiff upon the filing of a bill of costs within 14 days of entry of judgment, in accordance with the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

The case will be closed.

DATED this 4th day of June , 2019.

ENTERED FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/Patricia Glover
  Deputy Clerk